Sasha Irwin T-432521
Name and Prisoner/Booking Number

Maricopa County Jail / 4th Ave. Jail
Place of Confinement

3250 W. Lower Buckeye Rd.
Mailing Address

Phoenix, Az 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 20 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Sasha Douglas Irwin,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Tanner Davison (Serial # 20106),
(Full Name of Defendant)

(2) D. Mascorro (Serial # 52143),

(3) J. Pittman (Serial # 51250),

(4) G. Lessor (Serial # 52048),

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-3409-PHX-SRB-DMF
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
Jury Trial Demanded

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Mesa, Az

## B. DEFENDANTS

1. Name of first Defendant: Tanner Davison (serial # 20106). The first Defendant is employed as: Police Officer at Mesa Police Department.
   (Position and Title)            (Institution)

2. Name of second Defendant: D. Mascorro (serial # 52143). The second Defendant is employed as: Sheriff's Deputy at Maricopa County Sheriff's Office.
   (Position and Title)            (Institution)

3. Name of third Defendant: J. Pittman (serial # 51250). The third Defendant is employed as: Sheriff's Deputy at Maricopa County Sheriff's Office.
   (Position and Title)            (Institution)

4. Name of fourth Defendant: G. Lessor (serial # 52048). The fourth Defendant is employed as: Sheriff's Deputy at Maricopa County Sheriff's Office.
   (Position and Title)            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 1983 Excessive Force, and Fourth, Fifth, and Fourteenth Amendments.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On November 11th of 2017 I was in fear for my life and needed help so I asked several people to call the police for me. When the Sheriff's arrived on scene all they knew from the dispacher is they were called to an "unknown trouble" and that someone was screaming inaudable things. So from their knowledge I had not committed any crime whatsoever, I am the one who called and needed help. When Sheriff's deputies made contact with me they did not ask me any questions or see what was wrong with me they aggressively surrounded me then gang-tackled me onto the pavement and put me in handcuffs for no reason. The Sheriff deputies that did this are D. Mascorro, J. Pittman, and C. Lesson. Then while lying facedown on my stomach in handcuffs and Sheriff deputies sitting on me Mesa Police officer Tanner Davison ran from his vehicle, didn't say anything to other officers, just started viciously assaulting me, punching me repeatedly in the face and body while I am in handcuffs, not resisting and Sheriff's sitting on me and holding me down. From Tanner Davison using unlawful deadly force on me, Sheriff's sitting on me and me choking on my own blood I quit breathing and was pretty much dead before being rushed to Mountain Vista Hospital where I was rescusitated and was in a coma on life support for five days.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have multiple injuries and surgeries which I will list on a seperate attachment labeled "Count 1 Injuries."

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administrative relief will not help me, a grievance will not fix what the police and sheriff's did to me.

3

Civil Rights Complaint By A Prisoner      550/555

## Count 1 Injuries

4. Injuries. State how you were injured by the actions or inactions of the defendants.

From the Sheriff's and Police assaulting me I lost conciousness and quit breathing and was in a coma on life support for 5 days. They chipped half of my front tooth, busted my mouth and nose really bad, I had black eyes, fractured ribs, kidney failure. I assume they stomped on my fingers and toe's because my pinky nail fell off and my toe nail on my right foot turned black and fell off. I have permanent scars on my arms, elbows, and left knee from being left lifeless on the hot pavement and burned. Loss of feeling and nerve damage in my hands from them twisting my arms and wrist and putting the handcuffs on to tight. M.R.I.'s and X-ray's will show that my right shoulder is seperated from clavical bone, I am scheduled for surgery and am in extreme pain daily. From trauma to my throat I have had two seperate laser surgeries on my throat and am scheduled for a third next year. There has been several times I thought I was gonna suffocate to death in my cell from scar tissue in my throat. Mental and emotional trauma, severe memory loss and brain damage from coma. Extreme difficulty breathing, permanent throat and voice damage.

page 3.5

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1983 Excessive Force, 4th Amendment, Unlawful Deadly Force.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Unlawful Deadly Force

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Deadly force is force that causes serious bodily injury or death. Apprehension by use of deadly force is a seizure subject to the Fourth Amendment's reasonableness requirement, deadly force may never be used unless it is necessary to prevent the escape of a felony and the officer has probable cause to believe that the suspect poses a significant threat of death or serious physical injury to the officers or others. So as far as the police and sheriff's knew I had not committed any crime since all they knew from the dispatcher was that there is an "unknown trouble" and that someone is screaming inaudible things. I was also already in handcuffs and lying on my stomach with sheriff's sitting on top of me and holding me down, so I was not a threat to anyone's safety. Mesa Police officer Tanner Denison definitely used unlawful deadly force when he repeatedly punched me in the face and upper body while I was in handcuffs to the point to where I quit breathing and died and had to be resuscitated and was in a coma for 5 days on life support. When someones hands are bound and you assault them that constitutes aggravated assault.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I was in a coma for 5 days on life support. Multiple injuries and surgeries.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administrative relief will not help me.

4

Case: 2:18-cv-03409-SRB--DMF   Document #: 4-1   Date Filed: 11/20/2018   Page 13 of 14
Case 2:18-cv-03409-SRB-DMF   Document 5   Filed 12/21/18   Page 6 of 9

# COUNT III

1. State the constitutional or other federal civil right that was violated: Fourth Amendment

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail             ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property         ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Illegal Search and Seizure

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

When the police restrain the freedom of a person to walk away, they have seized that person. I am the one who needed help and called the cops, they had no right to surround me and gang-tackle me onto the pavement before even knowing what was going on. Since all they knew from the dispatcher was that there was an unknown trouble and someone was screaming, as far as they knew I had committed no crime. So the Sheriff's officers D. Mascorro, J. Pittman, and B. Lessor definitely illegally seized me and used excessive force on me. The police report says that they searched me so they must have done that when I was unconscious which I did not give them permission to.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was in a coma for 5 days. Lots of injuries and multiple surgeries all stemming from them assaulting me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administrative remedies are not going to help me.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

Civil Rights Complaint By A Prisoner          550/555

## Count 4

1. State the constitutional or other federal right that was violated:
   Fifth and Fourteenth Amendment's.

2. Count 4. Identify the issue involved:
   Due process of Law.

3. Supporting Facts:
   Tanner Davison, D. Mascorro, J. Pittman, and G. Lesson deprived me of life, liberty, and freedom and violated my right to due process of law by unlawfully arresting me. A police officer may only arrest a person if he has probable cause to believe that person has committed a crime. All they knew at the time they arrested me was that there was an unknown trouble and someone was screaming, so they had no probable cause to illegally seize me and unlawfully arrest me. They also lied about several things in the police report and withheld vital information which is malicious prosecution. They also violated the rules of evidence by failing to get witness statements from the crowd of people that were there or from the lady I lived with that was standing right next to me and seen everything. All these things violated my right to due process of law.

page 6

4. Injuries: Coma for 5 days. Multiple Injuries. Multiple surgeries.
5. Administrative Remedies: None. They do not apply to me.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I want all criminal charges from this incident dismissed. I want $35 million for the mental and emotional trauma of being viciously assaulted and screaming for help and taking my last breath knowing I was dead, then being in a coma on life support for five days. Brain damage and memory loss from coma. There are years of my life I can't remember. Being in constant pain from my shoulder being separated for a year. Multiple surgeries on my throat, thinking I'm gonna suffocate to death everyday from scar tissue impeding my airway. Permanent voice damage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-14-18
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

7

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date     **December 17, 2018**

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____  United States District Court, District of Arizona.

___ Hon _____  United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____  Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____    A7879
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009