Jason K. Reed (#022657)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona 85211-1466
Telephone: (480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendant Officer Davison

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sasha Douglas Irwin,<br><br>                              Plaintiff,<br><br>vs.<br><br>Tanner Davison, et al.,<br><br>                              Defendants. | Case No. CV-18-03409-PHX-SRB-DMF<br><br>**DEFENDANT TANNER DAVISON'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**AND**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Officer Davison (the "Defendant") answers Plaintiff's First Amended Complaint as follows and demands a jury trial in this matter.

1. Admit that Plaintiff was arrested on or about November 11, 2017; and admit that Plaintiff was charged with Aggravated Assault on an Officer, Causing Criminal Damage, and Disorderly Conduct.

2. Deny that Defendants used excessive force against Plaintiff, that Defendants used unlawful deadly force, that Plaintiff was unlawfully arrested, and that Plaintiff was unlawfully seized.

3. Deny that Defendants violated any of Plaintiff's constitutional rights, including, but not limited to, Plaintiff's Fourth, Fifth, and Fourteenth Amendment rights.

4. Deny that Defendants violated Arizona law.

5. Deny that Defendants caused any unjustified injury or damage to Plaintiff.

6. Deny that Plaintiff is entitled to any relief.

7. Deny the remaining factual allegations, if any, in Plaintiff's complaint.

## AFFIRMATIVE DEFENSES

1. Defendant's response to the Complaint set forth above is made subject to the defenses set forth below.

2. The Complaint, in whole or in part, fails to state a claim against Defendant upon which relief can be granted.

3. The actions of Defendant were objectively reasonable.

4. The actions of Defendant were not negligent, grossly negligent, or reckless.

5. Defendant is immune from Plaintiff's claims pursuant to A.R.S. §§ 13-404, 13-406, 13-409, and 13-413.

6. The Court shall award reasonable attorney fees, costs, compensation for lost income and all expenses incurred by a defendant in the defense of any civil action based on conduct otherwise justified if the defendant prevails in the action.  A.R.S. § 13-420.

7. Plaintiff's alleged injuries and damages, if any and none being admitted, were caused or contributed to by the negligence or fault of Plaintiff or others, and Plaintiff's recovery, if any, should be diminished or barred in accordance with the applicable law, including A.R.S. §§ 12-2506, 12-711, 12-712, and 12-716.

8. Pursuant to A.R.S. § 12-2506, the comparative fault of Plaintiff was the sole cause of the injury of Plaintiff.

9. Plaintiff's claims, in whole or in part, are barred by A.R.S. § 12-821 and A.R.S. § 12-821.01.

10. Defendant is immune from Plaintiff's claims pursuant to A.R.S. § 12-820.02.

11. Defendant is entitled to all privileges, immunities and defenses extended to public entities and public employees pursuant to state and federal law.

12. Defendant is entitled to qualified and absolute immunity.

13. Defendant is protected by one or more common law immunity defenses.

14. Defendant is not liable for punitive or exemplary damages.

15. Plaintiff violated multiple criminal laws.

16. Plaintiff has failed to mitigate his alleged damages.

17. Plaintiff's claims, in whole or in part, are barred by the doctrine of waiver, release, jurisdiction, laches, estoppel, acquiescence, unclean hands, res judicata, statute of limitations, qualified immunity, and any other matters constituting avoidance or affirmative defenses.

18. Defendant incorporates by this reference the affirmative defenses set forth in Federal Rules of Civil Procedure 8 and 12.

Having fully answered the original Complaint, Defendant respectfully requests that this action be dismissed, that Plaintiff be ordered to pay the costs and attorneys' fees incurred by Defendant, and for any further relief that the Court deems just and proper.

Dated this 3rd day of January, 2019.

    /s/ Jason K. Reed  
Jason K. Reed  
Deputy City Attorney

/ / /

/ / /

/ / /

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I served the attached document by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

Sasha Douglas Irwin
T-432521
Maricopa County Sheriff's Office
Inmate Legal Services
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009
*Plaintiff Pro Se*

/s/ Mirna Poiani